partment. January 15, 1915.) Proceeding by the People of the State of New York, on the relation of Ernest F. Buckland, against Rhinelander Waldo, as Commissioner. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. CATALANO v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Proceeding by the People of the State of New York, on the relation of Quirino A. Catalano, against the Board of Education. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

PEOPLE ex rel. COLLER v. MITCHEL, Mayor. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Proceeding by the People of the State of New York, on the relation of Herman Coller, against John P. Mitchel, as Mayor, etc. No opinion. Motion to dismiss writ granted, with $10 costs. Order filed.

PEOPLE ex rel. DUNN v. WOODS, Police Com'r. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Proceeding by the People of the State of New York, on the relation of Robert P. Dunn, against Arthur W. Woods, as Police Commissioner of the City of New York. No opinion. Determination confirmed, and writ of certiorari dismissed, with $50 costs and disbursements.

PEOPLE ex rel. ELLIS, Respondent, v. SMITH et al., Town Assessors, Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Proceeding by the People of the State of New York, on the relation of Arnold H. Ellis, against E. Lyman Smith and others, as Assessors of the Town of Willsboro, Essex County, N. Y. No opinion. Order affirmed, wih $10 costs and disbursements. See, also, 162 App. Div. 920, 146 N. Y. Supp. 1107.

PEOPLE ex rel. GELLER, Appellant, v. WALDO, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Proceeding by the People of the State of New York, on the relation of Samuel Geller, against Rhinelander Waldo, as Commissioner. E. J. Dryer, of New York City, for appellant. J. F. O'Brien, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. GLENS FALLS INS CO., Respondent, v. HOWE et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Proceeding by the People of the State of New York, on the relation of the Glens Falls Insurance Company, against Delbert S. Howe and another, as Assessors of the City of Glens Falls. No opinion. Order unanimously affirmed, with costs.

PEOPLE ex rel. GRAUPE, Appellant, v. LAUFFER, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Proceeding by the People of the State of New York, on the relation of Joseph H. Graupe, against Erhardt Lauffer.

PER CURIAM. Order affirmed, without costs.

FOOTE and MERRELL, JJ., dissent.

PEOPLE ex rel. HEUMAN v. BINGHAM. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Proceeding by the People of the State of New York, on the relation of John Heuman, against Theodore A. Bingham, as Commissioner. No opinion. Motion to dismiss writ granted, without costs. Order filed.

PEOPLE ex rel. HOLSTEN, Appellant, v. WOODS, Respondent. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Proceeding by the People of the State of New York, on the relation of Edward L. Holsten, against Arthur Woods, as Commissioner. A. J. Talley, of New York City, for appellant. J. F. O'Brien, of New York City, for respondent. No opinion. Order affirmed with $10 costs and disbursements. Order filed.

PEOPLE ex rel. KENNEDY v. CALKINS. (Supreme Court, Appellate Division, Third Department. January 15, 1915.) Proceeding by the People of the State of New York, upon the relation of T. Francis Kennedy, against James S. Calkins. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 149 N. Y. Supp. 1104.

PEOPLE ex rel. McCANN v. ROBINSON. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Proceeding by the People of the State of New York, on the relation of George F. McCann, against Herman Robinson, as Commissioner, etc. No opinion. Motion to dismiss writ granted with $10 costs. Order filed.

PEOPLE ex rel. McQUADE v. WALDO, Police Com'r. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Proceeding by the People of the State of New York, on the relation of Harry McQuade, against Rhinelander Waldo, as Police Commissioner, etc. No opinion. Motion to dismiss writ granted without costs. Order filed.

PEOPLE ex rel. MARA v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Proceeding by the People of New York on the relation of John J. Mara, against Rhinelander Waldo, as Police Commissioner, etc. No opinion. Motion granted. See, also, 150 N. Y. Supp. 985; 151 N. Y. Supp. 1138.

PEOPLE ex rel. MARA v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. February 11, 1915.) Proceeding by the People of the State of New York, on the relation of John J. Mara, against